**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:99cr21**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **LUTHER JENKINS, IV.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's handwritten letter addressed to the Clerk of Court which the Court construes as a motion for court-appointed counsel. [Doc. 94].

On June 16, 2009, the undersigned disposed of the Defendant's numerous pending motions, including a motion filed through counsel for a sentence reduction pursuant to 18 U.S.C. §3582(c) based on the Crack Cocaine Guideline Amendment, Amendment 706. Since the Defendant had an attorney who filed such a motion for him, the pending motion for court-appointed counsel is moot.

In the letter, the Defendant requested that the Clerk of Court send him a copy of the docket for his criminal case so that he could determine

whether his pending motions have been considered by the Court. The Court will refer that request to the Clerk of Clerk but will respectfully request that a copy of the June 16, 2009 Order [Doc. 93] be mailed to the Defendant, if that has not already been done.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for court-appointed counsel is hereby **DENIED** as moot.

Martin Reidinger
United States District Judge

Signed: June 22, 2009